**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 98-60728
Summary Calendar

SHARRON W. TRICE,

Plaintiff - Appellant,

VERSUS

BOARD OF TRUSTEES OF THE OKOLONA MUNICIPAL SEPARATE SCHOOL
DISTRICT; W. HOWARD GUNN, in his capacity as board member; EDDIE
BRASFIELD, in his capacity as board member; WILLIAM RANDLE, in his
capacity as board member; LYNN FAIR, in his capacity as board
member; GERALD HEGAN, individually, and in his capacity as
Superintendent,

Defendants - Appellees.

Appeal from the United States District Court
for the Northern District of Mississippi
(1:97-CV-234-B-D)

June 11, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

Per Curiam:[1]

Sharron Trice ("Trice") worked as the director of the Vo-Tech

Complex for the Okolona Municipal Separate School District from

1995 to 1997. In 1997, upon the superintendent's recommendation,

the school board voted not to renew Trice's employment contract.

Trice sued the school district, the school board members, and the

superintendent ("Defendants"), alleging (1) race discrimination;

---

[1]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

(2) violation of her First Amendment right to free speech; (3) violation of her right to due process; (4) violation of the School Employment Procedures Act; (5) violation of the personnel appraisal process and other established policies, practices and procedures of the school district. The district court granted the Defendants' motion for summary judgment. Trice Appeals.

We review a grant of summary judgment <u>de novo</u>, viewing the facts and inferences in the light most favorable to the nonmovant. <u>See</u> <u>Hall v. Gillman Inc.</u>, 81 F.3d 35,36-37 (5th Cir. 1996). After a careful review of the briefs and the record, we conclude that the district court properly granted summary judgment for the Defendants. We affirm for the reasons given by the district court.

AFFIRMED.